FILE COPY

12-13-00126-CR

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

PD-1354-14

4/27/2015

**STAPLES, CHESTER ALAN   Tr. Ct. No. 30979**

I have this day received and filed the Appellant's Motion for Rehearing in the above-styled and numbered cause. [The Court requires ten copies of this document to be filed in this office within three (3) days pursuant to Rule 9.3(b).]

Abel Acosta, Clerk

FILED IN COURT OF APPEALS
12th Court of Appeals District

APR 30 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

12TH COURT OF APPEALS CLERK
CATHY LUSK
1517 W. FRONT, ROOM 354
TYLER, TX 75701
* DELIVERED VIA E-MAIL *